IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|       **Plaintiff,** : | CASE NO. 2:24-cr-00155(5) |
| : | |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | |
| COURTNEY MUSICK, : | |
| : | |
|       **Defendant.** : | |

## ORDER

This matter comes before this Court on the Amended Motion for Substitution of Counsel, filed by Attorneys Terry K. Sherman and Irving B. Marks, who seek to substitute Attorney Keith A. Yeazel as counsel of record for Defendant Courtney Musick. (ECF No. 72). The Amended Motion supersedes and clarifies the earlier motion for substitution of counsel. (ECF No. 59).

"Attorney withdrawal issues are committed to the court's discretion, but courts must look to both local and ethical rules regarding withdrawal." *Sec'y of Lab. v. Monroe Trades Corp.*, No. 1:17-CV-272, 2019 WL 11767598, at *1 (S.D. Ohio Apr. 22, 2019) (citing *Brandon v. Blech*, 560 F.3d 536, 537 (6th Cir. 2009)). Under Local Rule 83.4(a), "[a]n attorney of record may not withdraw, nor may any other attorney file an appearance as a substitute for an attorney of record, without first providing written notice to the client and all other parties and obtaining leave of Court." S.D. Ohio Crim. R. 83.4(a).

As set forth in the Amended Motion, Defendant Courtney Musick has been provided with written notice of the proposed substitution of counsel and consents to the substitution of counsel. (ECF No. 72 at 1). Withdrawing counsel Keith A. Yeazel was likewise provided with written notice of this proposed substitution and consents to this substitution and to his withdrawal as counsel of record for Defendant Musick. (*Id.*).

Having satisfied the requirements of S.D. Ohio Crim. R. 83.4(a), the Amended Motion to Substitute Counsel (ECF No. 72) is hereby **GRANTED**. Attorneys Terry K. Sherman and Irving B. Marks are **SUBSTITUTED** as counsel of record for Defendant Musick, and Attorney Keith A. Yeazel is **RELIEVED** of his representation of Defendant Musick. The earlier motion to substitute counsel (ECF No. 59) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 10, 2025